```
              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                      MIDDLE DIVISION
```

JOSE ANTONIO GARCIA RIVERA,     )
a/k/a Domingo Antonio Castillo, )
                                )
     Petitioner,                )
                                )
v.                              )  Case No: 4:15-cv-01497-WMA-SGC
                                )
TODD ENTREKIN, Sheriff, et al., )
                                )
     Respondents.               )

### MEMORANDUM OPINION

This is an action on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 by Jose Antonio Garcia Rivera, a/k/a Domingo Antonio Castillo ("Petitioner"). On July 12, 2016, the magistrate judge entered a report recommending: (1) Petitioner's claims based on his alleged Puerto Rican nationality be dismissed for lack of subject matter jurisdiction; and (2) Petitioner's remaining claims be denied. (Doc. 12). The time to object has expired, and no party has filed objections.

After careful consideration of the record in this case and the magistrate judge's report, the court hereby **ADOPTS** the report and **ACCEPTS** its recommendations. Accordingly, Petitioner's claims are due to be dismissed for lack of subject matter jurisdiction or otherwise denied.

A separate order will be entered.

**DONE** this 10th day of August, 2016.

```
                                  _____
                                  WILLIAM M. ACKER, JR.
                                  UNITED STATES DISTRICT JUDGE
```